Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>AP ACQUISITIONS LLC,<br><br>Defendant. | Case No: 2:17-cv-02940-HRH<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the above case has settled. The parties anticipate memorializing the settlement and filing a dismissal with prejudice within 30 days from the date below written.

RESPECTFULLY SUBMITTED this 7th day of February, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff